# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO: 8:12-cr-144-T-30MAP

SERGIO GODINEZ-DEL TORO

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Free Copies of Transcripts (Dkt. #119). A federal prisoner seeking to attack his conviction is not automatically entitled to free transcripts. *United States v. MacCollom*, 426 U.S. 317, 325-326 (1976). To be entitled to a transcript, the prisoner must show a particularized need. That is, a defendant must identify not just a type of proceeding, but a non-frivolous issue for which the transcript is necessary. Here, the Defendant has not identified such an issue. Once Defendant identifies a particularized need for such transcripts, the issue will be reconsidered by this Court. Accordingly, it is

ORDERED AND ADJUDGED that:

1. Defendant's Motion for Free Copies of Transcripts (Dkt. #119) is GRANTED in part. The remainder of the Motion is DENIED without prejudice.

2. Since the sentencing transcript (Dkt. #102) is only 16 pages in length, as a courtesy, the Clerk is directed to send Defendant a copy of same free of charge.

3. To obtain copies of trial transcripts, Defendant must work out an arrangement with his lawyer or request copies from the Court at a cost of fifty (50) cents per page.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of July, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-144 transcripts 119.docx